**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
Denise E. Carter, State Bar No. 249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Carter@LUCH.com

Priority   ___
Send       ___
Enter      ___
Closed     ___
JS-5/JS-6  ✓
JS-2/JS-3  ___
Scan Only  ___

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TELECOM & TECHNICAL SYSTEMS, INC., a California corporation,<br><br>Defendant. | CASE NO.: EDCV08-0794 VAP (MANx)<br><br>ASSIGNED TO HONORABLE JUDGE VIRGINIA A. PHILLIPS<br><br>[~~PROPOSED~~] JUDGMENT |

This action came on regularly for hearing on June 29, 2009 before the above-entitled Court, the Honorable Virginia A. Phillips, United States District Court Judge, on Plaintiffs' motion for summary judgment or, in the alternative, partial summary adjudication. Appearances were stated on the record.

Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Los Angeles County IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the

Southern California IBEW NECA Labor-Management Cooperation Committee, National Electrical Industry Fund, Trustees of the Inland Empire IBEW-NECA Health Trust Fund, Trustees of the Inland Empire Labor-Management Cooperation Committee Fund, Trustees of the San Bernardino County Electrical Education and Training Trust, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, and Administrative Maintenance Fund shall recover from Defendant Telecom & Technical Systems, Inc., a California corporation, the principal amount $115,151.51 (consisting of unpaid fringe benefit contributions of $98,950.05, liquidated damages of $8,175.29, prejudgment interest of $5,709.57, auditor's fees of $2,316.60), plus reasonable attorney's fees and court costs to be sought following entry of judgment, pursuant to Local Rules 54-12 and 54-3.

DATED: July 10, 2009

UNITED STATES DISTRICT JUDGE